IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATTIE GATES                                                                                    PLAINTIFF

V.                                                              CAUSE NO. 3:20-CV-342-CWR-FKB

JACKSON PUBLIC SCHOOL DISTRICT                                              DEFENDANT

## FINAL JUDGMENT

For the reasons stated in the Order on summary judgment issued this day by this Court, *see* Docket No. 31, judgment in this case is hereby entered in favor of defendant Jackson Public School District. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED**, this the 7th day of September, 2021.

                                              s/ Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE