# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**PATTIE GATES**                                                              **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:20-CV-342-CWR-FKB**

**JACKSON PUBLIC SCHOOL DISTRICT**                                **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Amended Order on summary judgment issued this day by

this Court, *see* Docket No. 36, judgment in this case is hereby entered in favor of defendant

Jackson Public School District. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice

and closed on the Court's docket.

**SO ORDERED**, this the 26th day of October, 2021.


s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE